Gabrielle M. Valdez                           900 Gold Ave. SW
                                              Albuquerque, New Mexico 87102
                                              (505) 244-1200

Academic

1991                Bachelor of Arts, Major: English, May 1991
                    University of New Mexico
                    Albuquerque, New Mexico 87131

1994                Juris Doctorate, May 1994
                    University of New Mexico School of Law
                    Licensed to Practice Law in New Mexico in State and Federal Court,
                    October 1994

Professional

2003 - Present      Shareholder: Youtz & Valdez, P.C., (Plaintiff's general civil litigation
                    practice with emphasis in personal injury and labor claims.)

1999 - 2003         Shareholder: Eaton, Martinez, Hart & Valdez, P.C. (Plaintiff's general
                    civil litigation practice primarily handling personal injury and civil rights
                    claims)

1996 - 1997         Visiting Assistant Professor, Georgia State University (Researched and
                    assisted in the analysis and negotiation of the water allocation  compacts
                    between Georgia, Florida and Alabama on the ACT and ACF river  basins
                    and helped prepare memoranda for the adoption of a ground water
                    management strategy for the Upper Floridian aquifer.)

1995 - 1999         Associate: Eaton, Martinez & Hart, P.C. (Plaintiff's general civil litigation
                    practice primarily handling personal injury and civil rights claims)

19950-1999, 2006    Legislative Bill Analyst  New Mexico State Senate (Drafted Legislation;
& 2007              researched and analyze legal issues for Pro Tem;  organized capital outlay
                    projects and bills for presentation at committee  hearings)

Professional        New Mexico Trial Lawyers Association
Associations        Board of Directors  (1999 to the present)
                    Treasurer: 2005-2006
                    Editor, Verdicts & Settlements- New Mexico Trial Lawyers Journal 2000
                    to the present

American Trial Lawyers Association Minority Delegate for New Mexico -
2003
Member United States District Court Federal Rules Committee-2002-2004
Member Judicial Selection Committee for Metropolitan Cours 2002 -
2006
Lecturer Bridge the Gap 1998-2001
Member American Inns of Court (1995- 1996)
Member   New Mexico Medical Legal Review Panel (1994 to the Present)
Editor (Administrative)  Natural Resources Journal -1994
National Moot Court Competition Participant (1994)

Cases where I have been appointed to act as *Guardian Ad Litem*:

**New Mexico Federal Court:**

1.  Darlene Lujan, as parent and next friend of Micah Lujan, a minor child vs.  Bill Moon, Dan Bustos, Joe Lucero, Steve Baca, Jake Henderson, Gloria Lopez, Gloria Rendon, and the Santa Fe Public Schools Board of Education; Cause No. CIV-03-0745 MV/RHS

2.  Ellis and Blanca Garcia, as Guardians and next friends of Jesus Manuel Ramirez, am minor vs.  Questa School District, Nelson Lopez, Superintendent, in his official and individual capacity, Ben Gurule, Principal, in his official and individual capacity, Jose Antonio Lopez, Teacher and Assistant Football Coach, in his official and individual capacity; Cause No. CIV-04-1180 RB/RLP

3.  Andrew Bachicha Chavez, a minor, by Don Chavez, parent and next friend vs.  Jeffrey Dulaney, Bruce Peterson, and the Estancia Municipal Schools; Cause No.: CIV-05-365 JC/RHS

4.  Samuel Sustaita, as the legal guardian and next of kin to Israel Sustaita, a Minor vs. Yu Yu Lin, et al.; Cause No. CIV-06-386 JB/RHS

5.  Theresa Trujillo, as parent and guardian of minor child, M.G. vs. Michael Jaramillo; Cause No. CIV-06-0954 JB/ACT

6.  Suzette Griego and Mario Griego, individually and as parents and next of friend for Franchesca Griego vs.  Paul Duran, individually, Clovis Municipal Schools, a Political Sub-division, and Neil Nuttal, individually; Cause No.  CIV-03-604 PJK/LCS

7.  Lucia Loya, individually and as the natural mother of and Personal Representative of Maribel Miramontes Loya, Deceased, and as the permanent guardian and next friend of Maria Guadalupe Loya vs.  The University of New Mexico Board of Regents, d/b/a the University of New Mexico Health Sciences Center; Cause No.  CIV 00-1773 BDB/DS

8.  Rita Chavez, mother & next friend for Lucia Barela, a minor child Lloyd Sperry, individually, Clovis Municipal Schools, a Political Sub-division, Neil Nuttal [Sic.], individually, and Meg Mapes, individually and Clint Cox, and Tammy Cox, husband and wife, as parents and next friend of  Taryn Cox, a minor child vs. Lloyd Sperry, individually, Clovis Municipal Schools, a Political Sub-division, Neil Nuttal [Sic.], individually, Meg Mapes, individually, and Debra Walker, individually; Cause Nos. CIV 02-480 KBM/LCS-ACE and CIV 02-481 KBM/LCS-ACE (Consolidated)

9.      Cynthia Garcia, individually, and as parent pf and on behalf of C.O., her minor child, et
        al.  vs.  Clovis Municipal Schools, a Political Sub-Division, Lloyd Sperry, individually,
        and in his official capacity, Neil Nuttall, individually, and in his official capacity, and Mel
        Mapes, individually, and in his official capacity, Marilyn Odom, individually, and in her
        official capacity; Cause No. CIV-02-1101 JB/KWR-ACE

10.     Vicki Silva, parent and guardian of minor child V.S. v. New Mexico Solutions, Estella
        Esquibel and Michael Esquibel, in their individual capacities as state actors AND United
        National Insurance Company, A foreign insurance company v. Vickie Silva, parent and
        guardian of minor child V.S., Behavioral Healthcare Services, Inc., d/b/a New Mexico
        Solutions, Estella Esquibel and Michael Esquibel; Cause No.  CV-05-1268 JB/ACT

11.     Cynthia Garcia, Individually, and as Parent Of and on behalf of C.O., Her Minor Child, et
        al. v. Clovis Municipal Schools, a Political Sub-division, Llloyd Sperry, Individually, and
        in his Official Capacity, Neil Nuttall, Individually, and in his Official Capacity, and MEL
        MAPES, Individually, and in his Official Capacity, Marilyn Odom, Individually, and in
        her Official Capacity. Defendants. Cause No. CIV-02-1101 JB/KWR-ACE

12.     M.L. and T.L., as Parents and Next Friends of K.L., a minor v. Board of Education of
        Floyd Municipal Schools; Paul Benoit, Superintendent of the Floyd Municipal Schools,
        in his individual and official capacities; Chris Duncan, Principal of the Floyd Secondary
        School, in his official and individual capacities; Cause No. CIV -08-00513 BB/RHS

13.     Janis Lanz, individually and on behalf of her minor child S.L. v. New Mexico School for
        the Deaf; The New Mexico Department of Public Education; Veronica Garcia, Secretary
        of the New Mexico Public Education Department in her individual and official capacity;
        Denis Koscielniak, Director of the New Mexico Public Education Special Education
        Bureau, in her individual and official capacity; Cause No. 07-CV-844

14.     Vicki Silva, parent and guardian of minor child V.S. v. New Mexico Solutions, Estella
        Esquibel and Michael Esquibel, in their individual capacities as state actors AND United
        National Insurance Company, A foreign insurance company v. Vickie Silva, parent and
        guardian of minor child V.S., Behavioral Healthcare Services, Inc., d/b/a New Mexico
        Solutions, Estella Esquibel and Michael Esquibel; Cause No. CV-05-1268 JB/ACT

15.     Nakisha Alexander on behalf of M.P. and on her own behalf v. The City of Albuquerque,
        A. Jaramillo and T. Novicki, or Dave Porlas and T. Nora; Cause No. CIV-08-1206
        MCA/RLP

16.    JM, through her next friend John Foley, and JE, through her next friend Maria Fellin, On their own behalf and on behalf of a class of All other similarly-situated persons V. New Mexico Department of Health, et al.; Cause No. CV-07-604 RB/ACT - Consolidated with E.P., through his next friend Behavior Therapy Service LLC, d/b/a Guardianship Services v. New Mexico Department of Health, et al.; Cause No. CIV 09-0640 JC/KBM

17.    DV, a minor child, by and through her parent, legal guardian, and next friend EM, The Board of Regents for The New Mexico School for the Deaf, *et al;* Cause No. CIV- 09-CV-420 JB/GBW

18.    Natalie Nuttall, individually and for the minor children, Kyandee Nuttall, Kynzlee Nuttall v. City of Clovis, Clovis City Police, Officer Roman Romero, individually and in his official capacity; Cause No. 08-0839 MV/LAM

19.    JR, as the parent of MR, his minor child v. Albuquerque Public Schools, Veronica Prager and Tracy Herrera, employees of Albuquerque Public Schools; Cause No. CV-00748 MV/ACT

20.    Christine Begay, individually, and as personal representative of the Estate of Randy R. Tyler and as next friend of Raeisha Tyler; Charlita Washburn; Henrietta Lee a/ka Henrietta Martin as next friend of Natalie Martin; and Ricky Ration, individually v. The Pep Boys Manny Moe and Jack of California, Inc., a California corporation and Cooper Tire and Rubber Company; Cause No. 09-CV-197 EDS/DJS

21.    S.S., by and her next friend, Melissa Senior Montano; K.T.D.M., by his next friend, Josselle DeMarco-Chandler; and F.E.G., by his next friend, Susie Garcia, v. The West Las Vegas School District, George Cruz and Jane Lopez, in their individual and official capacities; Cause No. CV-09-413 LAM/GW

22.    Rudy Huerta Personal Representative of the estate of Andy Huerta deceased vs. Board of County Commissioners of Grant County and Grant County Detention Center; Cause No. 10-428-JB/LFG

       **First Judicial District Court:**

23.    Mario Gonzalez, individually, and as the parent of Pablo Gonzalez, and Olga Gonzalez, on behalf of the Estate of Dolores Gonzalez vs.  Casey R. Collom and Jeanne Collom, individually, and GEICO Insurance Company; Cause No.  CV-2003-02246

24.    Shawna Gonzales, individually and as next friend of Sebastian Valencia, Gus Gonzales, and Anna Gonzales vs.  the Board of Education of the Santa Fe Public Schools, a Local Public Body, the Board of County Commissioners of Santa Fe County, and John Doe; Cause No. CV-2003-1628

25.     Harold Speake and Kathleen Speake as parents, guardians and next friends to Brandon
        Speake, a minor vs. Agnes Barclay; Cause No. CV 2007-06631

26.     Michelle Lopez et al.  vs.  State of New Mexico ex rel., Children Youth and Families et
        al. and Jolene Lopez et al. Vs. State of New Mexico ex rel., Children Youth and Families
        et al.; Cause Nos.:_CV-2004-00159 and CV-2004-00160 (Consolidated)

27.     Harold Speake and Kathleen Speake as parents, guardians and next friends to Brandon
        Speake, a minor vs. Agnes Barclay; Cause No. CV-2007-06631

28.     Caroline Benjamins, as parent and guardian of minor child, N.M., and Vanessa Jones, as
        parent and guardian of minor child, K.S. v. Christopher Armijo, Kearl Sloan, and Socorro
        County Public Schools; Cause No.  CIV 06-0084 WJ/RLP

29.     Antonia Martinez as Parent and Guardian of M.G. v. West Las Vegas School District,
        Kathy Lucero, John Bustos, Mary Ann Garcia;  Cause No.  07-550 and 07-553

30.     Myrna Lira, as personal representative of the Estate of Rudy Lira, deceased, et al. v. Ford
        Motor Company, et al.; Case No. D-101-CV-2007-02686

31.     Ernesto Prada Sr., as guardian of Ernesto Prada, jr., a minor, et al. v. Leonard Serrano, an
        individual, and Santa Fe Public Schools, a public entity; Cause No.  D-0101-CV-2009-
        00775

32.     Carmen Hernandez. Marisela Hernandez, Individually, and as Parent and Next Best
        Friend of Denis Gonzales, Jose Gonzales, and Magali Hernandez, Minors vs.
        Government Employees Insurance Company, a foreign corporation doing business in
        New Mexico, and Bruce Hein; Cause No. D117-CV-1007-00531

33.     Herman F. Romero, as parent and legal guardian of Lizette Romero, a minor v. The State
        of New Mexico; Cause No.  D-101-CV-2009-00518

34.     Mary Rita Marquez and Julio Marquez, as parents of minor child Michael
         A. Marquez v. Santa Fe Public Schools, Leslie Carpenter, past Superintendent, Mrs.
        Hastings, Special Education Case Manager, Norma Cavazos, Principal, Tricia Penn,
        Director of Special Education, Mrs. Alarid, Physical Education Teacher, and Other
        School Personnel; Cause No.  CV 2008-02493

35.     Yolanda Howe, f/k/a Margarita Yolanda Brickler; Monica Calles, as Personal Representative of the Estate of Christina Calles, and as Guardian and Next Friend of Cassandra Velasquez Calles, a Minor, Alejandra Calles, a Minor, Areal Tapia, a Minor v. Holvan Development Company, d/b/a Del Charro Saloon and Inn of the Governors, John Does 1-5, and Black And White Corporations 1-5; Cause No. D-101-CV-2008-00995

36.     Eugene Frank v. Gary W. Seelau and Gary W. Seelau, and Linda Seelau, Individually and as parents and next friend of Luke Seelau v. Eugene Frank; Cause No. CV-2009-01479

37.     Adolpho Griego-Martinez, Amanda Montano, individually and as Personal Representative of Robert Martinez, a minor v. Liberty Mutual Fire Insurance Company, a foreign corporation doing business in New Mexico, and Joseph Singh; Cause No. CV-2008-12909

38.     Amanda and Andrew Padilla, as parents and next friends of V.P., a minor v. Espanola Public School District; Cause No.  D-101-CV-201000297

39.     Judy Salazar and James Salazar, as parents and guardians and next friends to Marissa Salazar, a minor v. Jim Cummings and Anasha Cummings; Cause No.  D-101-CV-201000240

40.     Michael Segura and Letitia Montoya, individually and as parents and next friends of Gabrielle Montoya-Segura, a minor child v. Stephen J. Buening, et al.; Cause No.  D-101-CV-2008-02970

41.     Melissa Martinez v. Jennie Tena; Cause No. D-101-CV 2009-02602

42.     John Martinez as guardian of Savannah Martinez a minor, vs. Brandy Baca, and individual, Pojoaque Valley School District, a public entity, Edward Herrera in his capacity as a school bus driver, Gilbert R. Ortiz in his capacity as owner of the Ortiz Bus Company, and John Does 1-10; Cause No.  D-101-CV-100904373

43.     Michael Parish, as next friend of M.P.,v. Pojoaque Valley Public Schools. A Political Subdivision; Cause No. D-0101-CV-2009-01810

44.     Leonora Nevarez, individually and as parent and natural guardian of Samantha Nevarez, a minor vs. Jamie Chapappro-Erives; Cause No. D-101-CV-2010-01529.

45.     Kelly Koehler, Personally and Kelly Koehler, as Guardian and next friend of Dylan Ferguson and HunterFerguson v. State Farm Insurance Company and Cody Snell; Cause No. D-0101-CV-2009-02555

46. Cathy Catanach, as parent and next friend of Jeremiah Trujillo, a minor vs. Michael Krobel, Michael Krobel Jr., and Liberty Mutual Fire Insurance Company; Cause No. D-1-01 CV-2010-03493

47. Lori B. Gomez, as Parent and Next Friend of Alyssa Gomez, Alexandria Gomez, and Elijah Gomez, minors, and individually and as personal representative of the estate of Phillip K. Gomez, vs. Adam Martinez; GEICO Indemnity Company, a Maryland corporation; and government Employees Insurance Company, a Maryland corporation; Cause No. D-101-CV-201003582

48. Melida Perez, individually, and as parent Melida Perez, individually, and as parent and next friend of Everardo Perez, a minor v. Jamie Hayas and Gene Hayas; Cause No. D-101-CV-2010-04053

49. Marlene Anaya and Bobby Anaya v. Roy Todd Vick, Valley Impound, Inc., and Argonaut Midwest Insurance Company; Cause No. D-0101-CV-2010-01549

50. Bryan and Jill vice, as parents and natural guardians of Allice Vice v. Gold Cup Gymnastics School; Cause No. D-202-CV-2010-12765

**Second Judicial District Court:**

51. Erika L. Pohl, a Minor, by and through her parents, Phil Pohl and Brenda Pohl v. Farmers Insurance Company, Cause No.  CV-2004-08387

52. Dolores Madrid, as guardian and on behalf of Johanna Montoya, a minor vs.  Ricky Pinion; Cause No. CV-2005-07078

53. Alexander D. Shydohub, James Andrew Zackary Shydohub, and State Farm Fire and Casualty Company vs.  Alice Starcher, individually and as parent, legal guardian and next friend of  Maxwell C. Starcher; Cause No.  CV-2004-00515

54. Suzanne Griego, parent and next friend of Jordan Griego, and Nancy Warren, as next friend of  Jordan Griego vs.  Alexandru Benjenariu, d/b/a Alexs Chevron, and Rio Grande Oil Co.  Cause No.  CV-2003-07346

55. Denna Orr, and Stephen Orr, as parents and legal guardians of Tiffany Orr, a minor child, Helen Curnutte and State Farm Mutual Automobile Insurance Company; Cause No.  CV-2007-01514

56. Christopher West and Debra West, as parents and guardians of Hailee B. West, a minor vs.  Todd Stark; Cause No.  CV-2005-00954

57.     In the Matter of Jerry and Elibette Santiago, individually, and as parents and natural guardians of Eden Santiago, a minor child; Cause No.  CV 2004-02572

58.     Dianna Romero, individually and as Personal Representative of the Estate of Anthony Romero and as next friend of her minor child, Marissa Romero vs.  Board of Regents of the University of New Mexico; Cause No.  CV-2003 04723

59.     Luz Marie Hernandez, individually and as Personal Representative of the Estate of Elvia Veronica Hernandez, Deceased, and as the guardian and next friend of Damaris Veronica Montoya Hernandez, Victor Montoya Hernandez, Nisa Maria Montoya Hernandez, and Andres Jesus Hernandez, Minors  vs.  The University of New Mexico Board of Regents, d/b/a the University of New Mexico Health Sciences Center and the University of New Mexico Hospital (AUNMH@); Cause No.  CV-2005-05129

60.     Charles Reynolds, as Conservator for Priyanka Gandhi (Mody), a Minor vs.  The Board of Regents of the University of New Mexico, as Trustees of the University of New Mexico Hospital and the University of New Mexico Health Sciences Center, and Jane/John Doe 1, 2, 3; Cause No.  CV-2003-03876

61.     Justina Montoya, individually and as next best friend of Melissa Montoya, a Minor vs.  Irene and Renee Ortega; Cause No.  CV-2001-08124

62.     Thomas A. Novak, individually, as the Personal Representative of the Estate of Violet D. Sanchez, Deceased, and as Parent and next friend of Roxanne K. Novak, Jazmin M. Novak and Dominique C. Novak, minors vs.  Board of Regents of the University of New Mexico; Cause No. CV-2004-06707

63.     Jeffrey and Mary Hunninghake, individually, and as parents, guardians and next friends of Chloe Hunninghake, a minor vs. Kristina A. Hunninghake and State Farm Fire & Casualty Company; Cause No. CV: 2004- 02756

64.     Angela Santos, individually and as next friend of her minor children, Cassidy West-Santos, Helena Santos, and Cameron Santos, and Walter Clover, individually and as co-next friend of his minor children, Helena Santos and Cameron Santos vs.  Board of Regents of the University of New Mexico, Donald Fry, Edward Bieniek, Gerald Helms, and Joachim Chino; Cause No. CV-2005-01644

65.     Lupe Torres, individually and as Personal Representative of the Estate of Antonio Torres, Deceased, and as Mother and next friend of Charles Torres, Rachael Torres and Stephanie Torres, minor children Vs. Gaim-Ko, Inc., and Jerry Wiley and Kirt Lohbeck, individually and d/b/a Jokers Pub, and A Ferris @ Last Name Unknown; Cause No. CV-2004- 00760

9

66.    Jude Landavazo, individually and as parent and natural guardian, and Agnes Landavazo, individually and as next friend of Jude Arguello, a minor vs. The University of New Mexico Board of Regents; Cause No.  CV-2006-03992

67.    In the Matter of Michael Enmon, individually and as parent and natural guardian of Travis Enmon, a minor child; Cause No.  CV-2004-04276

68.    Alicia Gonzales and Farmers Insurance Company of Arizona vs. Donna Chavez, individually and as parent and next friend of DeAndre Fortune, a minor; Cause No. CV-2005-09112

69.    Los Lunas Public Schools vs. Bill Owen and Janette Owen, individually, as Co-Personal Representatives of the Estate of Cody Owen, Deceased, and as parents of Brandi Owen, Angela Montoya and Leonard Montoya, Sr. as parents and guardians and next friend of Leonard Montoya, Jr., and Maria Rendon-Neal and Danny Neal as parents and guardians and next friend of Cody Neal; Cause No. CV-2004-5387

70.    Clayton Eddy, as father and next friend of Brandon Eddy, a minor vs. Laurie Vicenti and Dairyland Insurance Company, and State Farm Insurance Company; Cause No. CV-2005-06468

71.    Victor Saiz, Rosalia Padilla, for herself and as guardian and on behalf of Reyna Sanchez vs. David Thomas-Tindal and Progressive Insurance Company; Cause No. CV-2005-07021

72.    Shellina Quillman, as parent, guardian, and next friend to Alnoor Quillman and Hussain Quillman, minors,  Karim-mohammed Walji, as parent guardian, and next friend to Nilufer Walji, Alykham Walji, and Alisha Walji, minors, Neelofar Qasemi, as parent, guardian, and next friend to Farnosh Naeemi, and Neema Naeemi, minors Vs.  Neelofar Qasemi, Farmers Insurance Company, Shellina Quillman,Government Employees Insurance Company, Karim-mohammed Walji, and Allstate Insurance Company; Cause No.  CV-2007-02652

73.    Casey Thompson, as next friend of Amelia M. Thompson, a minor vs. Erin Mcclintic; Cause No.  CV-2005-04290

74.    Farmington Municipal School District vs. Peter and Sharon Salazar as parents and guardians and next friend of  Savanna Salazar; Cause No. CV 2004 06020

75.    Mistey Salyards and Jeremy Rose, individually and as parents and natural guardians of Madison Brooke Rose, a minor vs.  The University of New Mexico Board of Regents; Cause No.  CV-2006-1371

76.     Priscilla Valdez, as parent and next friend of Javier Valdez and Jovan Valdez, minors vs. Small Smiles Dentistry for Children, Albuquerque, P.C., John Clark, D.D.S., and Dennis Bergman, D.D.S.; Cause No.  CV 2002-03416

77.     Debbie Lucero, individually and as parent and next friend of Dennisha Lucero, a minor vs.  Ford Motor Company; Cause No.  CV-2005-4634

78.     In the Matter of the Guardianship of Steven N. Montoya and Stephanie N. Montoya, minors; Cause No. PQ-2003-00040

79.     Cindy Gamrath, as mother and next friend of Cole Gamrath, a minor vs. Dairyland Insurance Company; Cause No.  CV 2004-6106

80.     Helena G. Martinez, individually and as next friend of minors, Darnell Eskeets and Markus Yazzie vs.  Merrill R. Beeman, Carlos J. Vasquez d/b/a Best Diesel and GEICO Casualty Company; Cause No. CV 2005-05697

81.     Georgia Wylie and Manuel Garcia, as parents and next friends of Mark Garcia, a minor; Evelyn Gallegos, as parent and next friend of Marcos Peralas, a minor vs.  Michelle Velasquez, Summer Coon, and Joe Velasquez; Cause No. CV 2007 -04069

82.     David Rick Armijo, as Personal Representative of the Estate of Elizabeth J. Salazar, Deceased, and as next friend of Andrea Armijo and Andre Armijo, minors vs. City of Albuquerque, a New Mexico Municipality, Longford Homes of New Mexico, Inc., a Nevada Corporation, Nolberto Molinar Olguin, and Nevada Construction Clean-up of New Mexico, Inc., a New Mexico Corporation; Cause No. CV- 2005-07950 Consolidated with CV-2005-08433

83.     Guadalupe and Ralph Mora, as Legal Guardians of Andres Mora, a minor vs.  Angel Rodriguez, Sr. and Hartford Insurance Company of the Midwest; Cause No.  CV 2006-10545

84.     Hartford Underwriters Insurance Company vs.  Frank A Francis Trusiano and his wife, as parents and next friends of Brianna Trusiano, Melissa Trusiano and Steven Trusiano; Cause No.  CV-2007-07119

85.     Ceclia Lente as parent, guardian and next friend to Amayi Jojola, a minor v. Government Employees Insurance Company;  Cause No.  CV 2007-8474

86.     Farmers Insurance Company of Arizona and Debbie Baca, v. Evelyn Gallegos, as Parent and Next Friend of Marcos Peralas, a minor; Cause No. CV 2007-07759

87.     In the Matter of the Guardianship of Damian Michael Segura Russell and Daron Joaquin Segura Russell, Minor Children; Cause No.  PQ-2007-00220

88.     <u>Angela Uhl, individually ad as natural parent and next friend of Jessica Uhl, a minor v.
        Ernest Gorman and Debralee Gorman</u>; Cause No. CV-2007-10490

89.     <u>Raelynn Valverde as parent, guardian and next friend to Gabriel Valverde, a minor v.
        Brent Mull and Jenny Mull</u>; Cause No.  2008-02172

90.     <u>Los Lunas Public Schools v. Bill Owen, Individually and as Personal Representative of the
        Estate  of Cody Owen, Deceased, Angela  Montoya and Leonard Montoya,  Sr. as Parents
        and Guardians and next  Friend of Leonard Montoya, Jr., and Maria Rendon-Neal and Danny
        Neal as Parents and Guardians and next Friend of Cody Neal</u>; Cause No.  CV-2004-5387

91.     <u>In the Matter of the Guardianship and Conservatorship Proceeding for Jean Carlos Corral,
        an incapacitated person</u>; Cause No. PQ 2007-00158

92.     <u>Maria Crauther, as parent, guardian and next friend to Angelica Castaneda, a minor v. Aleta
        Preston</u>; Cause No.  D-202-CV-2008-04185

93.     <u>Yolanda Machado, individually, and as natural parent and next friend of Astrid Machado,
        a minor v. Eunice Fuentes and Adam Sanchez</u>; Cause No. CV-2007-10271

94.     <u>Natasha Winter and D'Andre Mitchell, Individually and as Parents and Next Friends of
        D'Andre Mitchell, Jr., a minor v. Board of Regents of the University of New Mexico and
        University of New Mexico Hospital</u>; Cause No. CV-2006-07696

95.     <u>Rosa Vargas and Jose Vargas, Individually and as Natural Parents and Next
        Friends of Jose Enriquez Vargas, a Minor v. Rosa Vargas and Jose Vargas</u>;
        Cause No. CV 2005-00401

96.     <u>Caroline Benjamins, as parent and guardian of minor child, N.M., and Vanessa Jones, as
        parent and guardian of minor child, K.S. v. Christopher Armijo, Kearl Sloan, and Socorro
        County Public Schools</u>; Cause No. CV 06-0084

97.     <u>Christina Serna, Individually and as Natural Parent and Next Friend of Tyrone Betz-Bryant,
        a minor v. Young America Insurance Company</u> Cause No. D-202-CV-200806270

98.     <u>Leo Brannan and Catherine Brannan, Individually and as Natural Parents and Next Friends
        of Jesse Brannan, a minor v. Frances Baca and Dennis Vigil</u>; Cause No.  CV 2008-06878

99.     <u>In the Matter of the Guardianship of Kody Ray Johnson, a minor</u>; Cause No. PQ 2003-000123

100.    <u>Suwana Birch, individually and as next friend to Xavier Barr v. Mary J. Guevara</u>;
        Cause No.  CV 2008-09716

101.  Nidia Nevarez and Baldomero Enriquez, Sr., individually and as natural parents and next friends of Baldomero Enriquez, a minor v. David L. Wulf and Mary J. Wulf; Cause No. CV 2008-01948

102.  Jaymi De La O, as Aunt and Next Friend of Antonette Marquez, a minor v. Twin City Fire Insurance Company d/b/a The Hartford, a foreign corporation doing business in the State of New Mexico, and Eileen Gutierrez, and Farmers Insurance Company of Arizona, a foreign corporation doing business in the State of New Mexico, and Raquel Marquez; Cause No. CV 2006-07608

103.  Marisela Chavez-Sanchez, as Personal Representative of the Estate of Benjamin Chavez and as parent and natural guardian of Benjamin E. Chavez, a minor v. University of New Mexico Board of Regents; Cause No. CV 2008-13033

104.  Kristy Harris, as parent and natural guardian of the minor child, Andrew Myers v. Barbara Padilla, Gerald McMahon, and Electric Insurance Company; Cause No. CV 2008-12630

105.  Helena G. Martinez, individually and as next friend of minors Darnell Eskeets and Markus Yazzie v. Carlos J. Vasquez d/b/a Best Diesel; Cause No. CV 2005-05697

106.  In the Matter of the Petition to Establish Trust for Minor Children - Xavier Alexius (Piaso) Platero, Kylynn Marie Platero, and Kyle Brandon Platero; Cause No. PB 2008-33

107.  Natalie Nuttall, individually and for the minor children, Kyandee Nuttall, Kynzlee Nuttall v. City of Clovis, Clovis City Police, Officer Roman Romero, individually and in his official capacity; Cause No. 08-0839 MV/LAM

108.  Roberta Beavis, pro se, as Parent and Next Friend of Deaven Carey, a minor v. Jenica M. Lucero, Issiah Chavez, and GEICO Indemnity Insurance Company; Cause No. CV 2009-00066

109.  Mike Hogland and Mary Hogland, as parents, guardians and next friends of Kacey Hogland, a minor child v. State Farm Mutual Automobile Insurance Company; Cause No. D-202-CV-2009-03145

110.  Hartford Underwriters Insurance Company vs. Frank "Francis" Trusiano and His Wife, as Parents and next Friends of Brianna Trusiano, Melissa Trusiano and Steven Trusiano; Cause No. D-202-CV- 200707119

111.  In The Matter of the Guardianship and Conservatorship Proceedings for Irma Hernandez de Acosta, an alleged incapacitated person; Cause No. PQ 0722-2009-02

112.  In the Matter of the Guardianship Proceeding for the Property and Estate of Isaiah Alexander Andrade, A Minor Child; Cause No. PQ-2008-00239

113.   Melvin Alires and Kathy Bergevin as Parents and Next Friends of Justine Alires, a minor v. James Shrewsbury, Justin McAlister, and GEICO (Government Employees Insurance Company) Cause No.CV 2009-873

114.   Kris Nye, as parent and next friend of Orion Nye v. Shana D. Yonemura and Amica Mutual Insurance Company; Cause No. CV 2009-03279

115.   GEICO Indemnity Insurance Company, Justin Vigil and Emma Gonzales v. John Michael Baca; Cause No.  CV 2009-02912

116.   Ruby Apodaca, as parent and next friend of Brandy Apodaca, a minor v. Stacy Ortega and Farmers Insurance Company of Arizona; Cause No. CV-2008-04616

117.   Maegan Odom, a minor, by and through her parents and next friends, Coni Odom and Steven Odom, and Coni Odom and Steven Odom, individually vs. Board of Regents of the University of New Mexico, a body corporate of the State of New Mexico, for itself and its public operations including University of New Mexico Health Sciences Center, University of New Mexico Hospital, and University of New Mexico School of Medicine; Cause No. CV 2007-07214

118.   M.L. and T.L., as Parents and Next Friends of K.L., a minor v. Board of Education of Floyd Municipal Schools; Paul Benoit, Superintendent of the Floyd Municipal Schools, in his individual and official capacities; Chris Duncan, Principal of the Floyd Secondary School, in his official and individual capacities; Cause No. CIV -08-00513 BB/RHS

119.   Claudine Lonergan, as Parent and Next Friend of her Daughter, Ashley Lonergan v. Peter K. Noack and Evelyn M. Noack; Cause No.  CV 2002-04517

120.   Lisa Griego, as parent and next friend of Camille Griego, a minor v. Walgreen Co.; Cause No.  CV 2009-10516

121.   John Brandt, as father and Veronica Martinez, as mother and next friend of Selena Brandt v. Michelle Sabatino; Cause No.  CV 2009-11273

122.   Dolly Anglin, as Parent and Next Friend of Mya Anglin, Marcus Gutierrez and Victoria Gutierrez, Minor Children v. Hertz Vehicles, LLC, a foreign corporation, doing business in New Mexico, Russell Spahr and State Farm Insurance Company, a foreign Corporation doing business in New Mexico; Cause No.  CV 2009-01025

123.   David Rick Armijo, as Personal Representative of the Estate of Elizabeth J. Salazar, Deceased, and as Next Friend of Andrea Armijo and Andre Armijo, minors, and Francine Salazar v. Quickdraw Engineering, Inc., a New Mexico Corporation, USF&G, and John Does 1-5; Cause No.  CV-2005 07950

124.   North Carolina Farm Bureau Insurance Group v. The Estate of Joel Villalobos; Cause No. CV 2009-06712

125.   Joseph F. Barnard and Meghan O'Malley-Barnard, individually and as parents and natural guardians for Zachary Barnard, a minor child v. University of New Mexico Board of Regents;  Cause No.  CV 2009-01025

126.   Cheryl Moya, individually and as parent and next friend of Ciana Moya, a minor, and Jordan Moya, a minor v. Kristen E. Bogren; Cause No.  CV 2008-05127

127.   Tina Park as parent and next friend of Patrick Park, a minor v. Israel Herrera and GEICO Indemnity;  Cause No.  D-202-2008-12835

128.   Jennifer Irvin, next friend to Angelina Martinez, Felix Martinez and Jolene Irvin-Villegas, Minors v. Darla Jean Pletcher and Hueneman Farm, LC; Cause No.  CV 2009-00812

129.   Barbara Jeanne Allen v. University of New Mexico, University of New Mexico Board of Regents, The University of New Mexico Hospital, and Dr. Shakeel F. Durrani, M.D.; Cause No.  CV 2008-07708

130.   Analicia Casaus, individually, as Personal Representative of the Estate of Daniel Garcia, Jr. and as parent, guardian and next friend to Kane Garcia, a minor v. Adam Ortiz, James Ortiz, and Liberty Mutual Insurance Co.; Cause No. CV 2009-14336

131.   Darren Lopez, pro se, as Parent and Next Friend of Trent Lopez, minor v. Jenica M. Lucero, Issiah Chavez, and GEICO Indemnity Insurance Company; Cause No. CV 2008-13297

132.   Amanda and Andrew Padilla, as parents and next friends of V.P., a minor v. Espanola Public School District; Cause No.  D-101-CV-201000297

133.   Cathy Culberson, as natural parent and next friend of Alana Culberson, a minor v. Academy for Technology and the Classics; Cause No.  D-101-CV-2009-02863

134.   Neelofar Qasmi, The Estate of Farhad Naeemi, Farmers Insurance Company of Arizona, Shellina Quillman, Government Employees Insurance Company, The Estate of Karim-Mohammed Walji, and Allstate Insurance Company vs. Charles Quillman, as parent, guardian, and next friend to Alnoor Quillman and Hussain Quillman, minors, Malik Walji and Fateh Salehmohammed, as guardian and next friend to Nilufer Walji, Alykhan Walji, and Alisha Walji, minors, Dr. Khawaja Neeloffer, as guardian and next friend to Farnosh Naeemi, and Neema Naeemi, minors; Cause No.  D-202-CV-200702652

135.   Anna Romero and Rudy Romero, individually and on behalf of their minor child, Scylla Bronson Romero v. Lovelace Health System, LLC, ABQ Health Partners, LLC, and John and Jane Does I-X;  Cause No.  CV 2008-03532

136.  Farmers Insurance Company of Arizona and Debbie Baca v. Evelyn Gallegos, as parent and next friend of Marcos Peralas, a minor; Cause No.  CV 2007-07759

137.  Anthony Marrujo v. New Mexico Department of Human Services, Pamela Hyde, Secretary, New Mexico Department of Health, Alfredo Vigil, Secretary, New Pathways and Peak Developmental Services, Inc.; Cause No.  CV 2008-13179

138.  Eugene Carrillo, Sr. and Karen Humphreys, individually and as natural parents and next friends of Christopher Carrillo and Eugene Carrillo, minors v. GEICO Insurance Company; Cause No.  CV 2007-10140

139.  In the Matter of the Petition for Guardianship of Guadalupe Ledezma; Cause No. PQ 2000-00206

140.  In the Matter of the Guardianship of Elijah Santiago Felix;  Cause No.  PQ 2009-000077

141.  Cruz Alonzo, et al. vs. Lovelace Health Systems, Inc., Lisa Jimenez, M.D., and The Board of  Regents of the University of New Mexico, d/b/a/ University of New Mexico Health Sciences Center and Carrie Tingley Hospital No. CV 2007-5412

142.  In the Matter of Manuel Quiroz, a minor  CV 2010-04744

143.  Vicki L. Parag and Marvin E. Larson, Evette Kathleen Larson and Francis Godfrey Montoya, In the Matter of the Guardianship of Destiney Espendeza Montoya; Cause No.  PQ-2009-00075

144.  Cassmira Watman, individually and as parent and next friend of Alexsis Wessell, a minor v. Tyler  R. Bollinger and Shellie R. Allison; Cause No.  CV-2010-080444

145.  Veronica Romero and Johnny Romero as Parents and Guardians of Leticia Romero, a minor, v. Sally Sanchez; Cause No. CV 2010-08948

146.  Shellie R. Allison individually and as parent and next friend of Tyler Bollinger, a minor v. Shelli R. Allison; Cause No.  D- 608- CV 2010-278

147.  L.D., individually and as Parent and Legal Guardian of E.R., a minor child, v. Albuquerque Public Schools; Cause No. CV- 2010-07920

148.  Joanna Aguilar and State Farm Mutual Automobile Insurance Company, vs. Diane Mendibles, Parent and Natural Guardian of Ellena Romero; Cause No.  D-202-CV-2010-03844

149.  Celina Holmes as parent and next friend of Rayona Holmes, minor vs. Michelle Roiter, Laura Roiter, and GEICO General Insurance company; Cause No. CV 2010-03544

150. <u>Brinda Quintana, as parent and next friend of Josiah Marquez, a minor, v. Employees of Cross Country Healthcare Inc., and Jesse Godec, RN;</u> CauseNo. D-202-CV-201006108

151. <u>Jemima Holyfield v. Albuquerque Police Officer Rudy Espinoza, in his individual capacity;</u> Cause No. CV 2001-08636

152. <u>Reina Torres as parent and next friend of Roxanne Torres, a minor v. Michael Mora and Government Employees Insurance Company;</u> Cause No. D-202-CV-2010 07964

153. <u>Cindy Gates-Lamb, individually and on behalf of her minor son, Adrian Gates v. Marianne Rodriguez, individually and as an employee and agent of Durham School Services, L.., and/or Albuquerque Public Schools, Durham School Services, L.P., Durham Transportation Durham School Services, a division of National Express Corporation, a foreign corporation, and Albuquerque Public Schools;</u> Cause No. CV 2007-7353

154. <u>Cruz Alonso and Valerie Alonso, as parents, guardians and next friends of Ivan Alonso, a minor, vs. Lovelace Health Systems, Inc., Lisa Jimenez, M.D. and the Board of Regents of the University of New Mexico, d/b/a University of New Mexico Health Sciences Center and Carrie Tingley Hospital;</u> Cause No. CV 2007-5412

155. <u>Karen Hutchinson and Rodney Hutchinson as parents and next friends of Dominic Hutchinson vs. Alexander Pope, Jacueline Pope and GEICO General Insurance Company;</u> Cause No. CV 2010-10740

156. <u>Arthur Maez and Louise Maez as parents and next friends of Bryanna Rosales v. Estate of Theresa Balluff and Government Employees Insurance Company;</u> Cause No. D-202-CV-2010-12528

157. <u>Vanessa Harris, individually and as parent and next friend of Ronnie Harris, a minor vs. Chiquito Serina, and Anthony Johnson;</u> Cause No. CV 2010-12090

158. <u>Approval for Transfer of Structured Settlement Payments by Erin K. Campbell;</u> Cause No. D-202-CV-2010-10953

159. <u>Sandi Crespi and David Crespi individually and as parents and next friend of Dillon Crespi, a minor v. Nicole R. Jochum and Stephen Jochum;</u> Cause No. CV-2010-12789

160. <u>David Galvan and Susie Galvan, as parents and next friends, and guardians of Dylan Galvan, a minor child v. Barbara Marquez and GEICO Indemnity Company;</u> Cause No. D-202- CV-2010-01623

17

**Third Judicial District Court:**

161.  Roger Stiles, as parent, guardian, and next friend of Kady Stiles and Kelli Stiles, minors vs. George A. Stroke; Cause No. CV 04-1146

162.  Susan Brown, as parent and next friend for L.S. a minor child v. Teresa Hodges, in her personal capacity acting under color of state law; Cause No. CV 2007-47

163.  George Segura and Yolanda Segura as parents and next friends of Steven Segura v. Heather Szczepovski, Charles Wagner and GEICO General Insurance Company; Cause No. CV 2009-2125

164.  Jessica and John Tarrango as parents and next freinds of J.T., a minor child v. Hertz Corporation; Cause No. D-307-CV-201001994

165.  Angela Sanchez-Soltero, as Natural Paernt, Legal Guardian, and next friend of Gabriel Soltero, a minor v. Charlotte Rieck and GEICO General Insurance Company; Cause No. CV 2010-2016

**Fourth Judicial District Court**

166.  Joseph T. Garcia, individually and on behalf of his minor child Joseph R. Garcia v. Las Vegas City Schools Elizabeth Romero, individually and as next best friend for M.A., a minor, and F.G.,Minor; Angel Gallegos; and Mike Montoya, v. Pete Garcia; Dr. Pete Campos, as Superintendent of Las Vegas School District; Las Vegas School District, and John Doe Cause No. D-412-CV-2008-00145

167.  In the Matter of the Estate of Colby Mccoy Shirley, Deceased; Cause No. PB-2006-18-II

168.  Flonora Tony, on behalf of herself, and as Guardian Ad Litem for Brianna Rierson and Lauryn Rierson vs. Mavis V. Price, Dr. Bruce Tempest,Bill Bright, Johnny R. Thompson, Andreanne Sloan, as the Board of Education of the Gallup-McKinley County School District, Ben Chavez, David Fertig, and Unknown Persons 1-100; Cause No. CV-2005-297-II

169.  Shawna and John Haga, as parents and next friends of Christopher Haga vs. Board of Education of Bloomfield School District; Presbyterian Medical Services d/b/a Head Start/early Head Start Program; Cause No. CV-2005-161-1

170.  Sam Natonabah as parent and next friend of Laurence Thomas and Savannah Natonabah vs. Heidi Tina Thomas; Cause No.: CV-2007-00591

171.  John Liesse and Brenda Liesse as parents, guardians and next friends of Jeffrey Liesse, a minor vs. Hines Perry; Cause No. CV 2003-1173-3

172. Caroline Benjamins, as parent and guardian of minor child, N.M., and Vanessa Jones, as parent and guardian of minor child, K.S. v. Christopher Armijo, Kearl Sloan, and Socorro County Public Schools; Cause No.  CIV 06-0084 WJ/RLP

173. Shawna and John Haga, as parents and next friends of Christopher Haga, Plaintiffs vs. Board of Education of Bloomfield School District; Presbyterian Medical Services d/b/a Head Start/Early Head Start Program, Defendants; Cause No. CV-2005-161-3

174. Helena G. Martinez, individually and as next friend of minors Darnell Eskeets and Markus Yazzie v. Carlos J. Vasquez d/b/a Best Diesel; Cause No. CV 2005-05697

**Fifth Judicial District Court:**

175. Gregory Brown Sr. and Nakita Lewis as parents, guardians and next friends to Gregory J. Brown, Jr., a minor v. Joaquin Estrello and Juana Estrello; Cause No.  CV 2008-135

176. Regin Bejarano, Individually, as parent and next Friend of Carlos Bejarano, a minor v. Richard Urguides and GIECO Insurance Company; Cause No. CV 2010-585

177. David S. Llamas and Shelley M. Llamas, as guardians and next friends of Samantha Ann Marie Lemke, a minor, and Olivia Kristine Hrubienski, a minor, and Jerry Lujan as parent and next friend of Jerry Lujan, Jr., a minor vs. Chantal Nesmith and GIECO Government Employees Insurance Company; Cause No. D-506-CV-201000313

178. Rebecca Carrasco as Parent and next friend of Amber Carrasco, a minor v. West American Insurance ; Cause No. CV 2010-00518

**Sixth Judicial District Court:**

179. Krystal Torres, Mother of Cierra Torres, an infant, v. Board of Regents of the University of New Mexico; Case No. CV-2007-338

**Seventh Judicial District Court:**

180. In The Matter of the Guardianship and Conservatorship Proceedings for Irma Hernandez de Acosta, an alleged incapacitated person; Cause No.  PQ 0722-2009-02

181. Adrian Benavidez and Nicole Castillo, as parents, guardians, and next of friend to Adrian Benavidez Jr., a minor v.TMAC, LLC; Cause No.  D-725-PQ-20103

182.  Raymond Lopez, Sr., and Alma Lopez, Individually and as Representatives of the Estate of
      Raymond Lopez, Jr.; and Angel Benavidez, individually and as next friend fir Rayleen Lopez
      and Aubrey Lopez minors, v.  Joseph N. Onyia, M.D., Presbyterian Health Services, d/b/a
      Presbyterian Hospital of Albuquerque, Jane and/or John Does I-X;  No. D-0725-CV-
      200900119 Edmund H. Kase III

**Ninth Judicial District Court:**

183.  Taurino Jaquez and Sylvia Jaquez as parents and next friends of Viamey Jaquez, a minor v.
      Daniel Jaquez, Elizabeth Rodriguez and GEICO General Insurance Company; Cause No: CV
      2010-154

**Tenth Judicial District Court:**

184.  James A. Lafferty, as Personal Representative of the Estate of Dace Colter Lafferty, deceased
      and as Conservator, on behalf of the minor children Alexus Santana Lafferty and Dace Colter
      Lafferty, Jr., vs. The Board of Regents of The University of New Mexico;
      Cause No: CV 2010-00061

**Eleventh Judicial District Court:**

185.  Marie Redenbach, as parent and legal guardian of Daman Redenbach, a minor v. Garrett
      Mersman; Cause No. D-1116-CV-2009-121

186.  Sandi John and Halbert Tsosie, as parents and guardians and next friend of
      T. Tsosie, minor child v. Central Consolidated School District; Cause No. D-1116-CV-
      200901724

187.  Thomas Pinto as Next Friend and Guardian of Korinne Finola Pinto-Okonkwo, minor v.
      Estate of Irene J. Pinto and GEICO General Insurance Company; Cause No.  CV 2009-158-3

188.  Belma Beaver, as parent and legal guardian, on behalf of S.B. v.Gallup-McKinley County
      School District and Timothy Bond; Cause No. 07-CV-00701

189.  Melissa Jo Jim and Christopher Darvin Jim, Individually and as natural parents and next
      friends of Alaric Jim, a minor, Billy Jim, Roselyn Jim, Thelma Jim, and Tyrone Bilagody;
      Cause No.  CV 2010-90-3

190.  Shawna and John Haga, as parents and next friends of Christopher Haga, Plaintiffs vs. Board
      of Education of Bloomfield School District; Presbyterian Medical Services d/b/a Head
      Start/Early Head Start Program, Defendants; Cause No. CV-2005-161-3

191.  Callie Good and Douglas Good, on their own behalf and on behalf of their minor son, Taylor
      Good, vs. Aztec Municipal Schools; Cause No. CV 2010-478-8

192.    Ernest and Priscilla Denny as Parents, Guardians, and next friends of Erica Denny, Lyle K. Denny, Layla Denny, Lyla A. Denny, and Ernest Denny Jr., minors, and as Personal Representatives of the estate of Liyah Denny, and Ryan R. Anderson, individually, and Daisy Jones as personal representative of the estate of Candice Lynn Jones and her unborn child v. Priscilla Denny and Progressive Direct Insurance Company; Cause No. D- 1116-CV-2010-7886

**Twelfth Judicial District Court:**

193.    Michael McGee and Amy McGee, as Parents and Next Friends of A.M., a minor vs. Alamogordo Municipal School District and James Javier Cruz; Cause No. D-1226-CV-200900144

**Thirteenth Judicial District Court:**

194.    State Farm Mutual Automobile Insurance Company vs. Mary Vandulek and Dorita A. Milano, individually, and as mother, next friend, and natural guardian of Katelyn Milano, Kaylene Milano, Klarissa Milano,Michael Milano, and Merrisa Milano; Cause No.  1329 CV-031160

195.    Andrea Sillivent, as parent, legal guardian and next of friend for and on behalf of John Doe I, a minor; Faye Gonzales, as parent, legal guardian and next friend for and on behalf of John Doe II, a minor; and Darynda Jones, as parent, legal guardian and next friend for and on Behalf of John Doe III, a minor vs.  The New Mexico School for the Deaf at Santa Fe, a New Mexico State Educational Institution, Ronald Stern, Superintendent of the New Mexico School for the Deaf and Terry Wilding, Principal of the New Mexico School for the Deaf; Cause No. CV-2005-00817

196.    Michelle Beyer and Daniel Lugo, individually, and as parents, guardians, and next friends of Jacqueline Beyer, a minor vs.  Robert Wyatt, Robin Wyatt and State Farm Fire & Casualty Company; Cause No.  CV-04415

197.    Bill Owen, et al.vs. Public Service Company of New Mexico, (PNM), a Domestic Corporation; Cause No: CV-050131

198.    Kimberly Heck, as parent and guardian of minor child C.H. and on her own behalf vs.  Belen Consolidated School District, John Padilla, and Michael Jaramillo; Cause No. DV 06-440

199.    S.P. and R.P., Individually and as Parents and Next Friend of J.P. a minor v. State of New Mexico Ex Rel. Children Youth and Families Department; Cause No.  D1314 CV 06-1221

200.    Melanie Duran, individually and as mother and next friend of Lyanna Duran, a minor v. Bernalillo Public Schools, Barbara Vigil-Lowder, Superintendent, Julia McIntosh, Bernice Life and Thomas Towne; Cause No.  D1329-CV-07-1106

201.    Hartford Insurance Company of the Midwest v. Carla Barela, as Mother and Next Friend of Daniel Barela; Cause No.  D-1314-CV-200801246

202.    Jan Perea, individually and as parent and guardian of Haven Perea, minor child, and mary Lucy Baca, individually and as guardian of Estevan Baca, a minor child v. Jason Baca; The estate of Julio Aguilera, deceased; affirmative insurance company; and State Farm Mutual Automobile Insurance Company; Cause No. D-1314-CV-2010-001279

203.    William "Bob" McKeznie, by and through his legal guardian, the Arc of New Mexico, v. Res-Care New Mexico, Inc., Res-Care, Inc., a foreign corporation, Camille Arteagas, and Eric Wetherington;  Cause No. D-1314-CV-06-1231

204.    Maurice Jose and Theresa Jose, as Parents and Next Friends of Reece Jose v. Larry C. Leonhardt and GEICO General Insurance Company; Cause No. D-1329-CV-09-01303

205.    Maria Chavarria, as Parent and Legal Guardian of Gabriel Chavarria, a Minor v. State Farm Mutual Automobile Insurance Company; Cause No.  D1314-CV-09-773

206.    Jennifer Rowan as parent and next friend of Johnny Rowan, a minor v. GEICO Indemnity Insurance Company;  Cause No.  D 1329-CV 09-2297

207.    Kimberly Heck, as Parent and Guardian of Minor Child C.H., and on Her Own Behalf v. Belen Consolidated School District, John Padilla, and Michael Jaramillo;  Cause No.: CV-06-440

208.    Leroy Vasquez, Sylvia Gomez, individually, and parent and next friend of Briana Hill, a minor, and Rosalinda Espino as parent and next friend of Mayra Espino, a minor v. Affirmative Insurance Co., a foreign corporation doing business in New Mexico, and Eric Ituarte;  Cause No.  D-1329-CV-2007-01144

209.    Bethany Woodward and Andrew Woodward, individually and as parents and natural guardians of their minor child Ayden Woodward vs. Women's Specialists of New Mexico, LTD; Lisa Bishop, CNM; Maren Hubbard CNM; Michelle Pino, CNM; Kelly L. Caperton, M.D.; Jurgen H. Upplegger. M.D.; and Carolyne E. Thomas, M.D.; Cause No. D1329 CV 20092411